DISPOSITION OF JUDGE'S RETIREMENT CONTRIBUTIONS **** WHERE A JUSTICE OR JUDGE HAVING RETIRED AND RECEIVED SOME RETIREMENT BENEFITS ON OR AFTER MAY 23, 1974, AND THEN DIES AND THE PROVISIONS OF 20 O.S. 1974 Supp. 1102A [20-1102A](B) DOES NOT APPLY, THE ACCUMULATED CONTRIBUTIONS IN THE RETIREMENT FUND IN EXCESS OF THE RETIREMENT BENEFITS PAID MUST REMAIN IN THE FUND PURSUANT TO 20 O.S. 1974 Supp. 1103 [20-1103]